# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 670 |
| | : | |
| DESIGNATION OF CHAIR OF THE | : | CIVIL PROCEDURAL RULES DOCKET |
| DOMESTIC RELATIONS PROCEDURAL | : | |
| RULES COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2017, Walter J. McHugh, Esquire, is designated as Chair of the Domestic Relations Procedural Rules Committee, commencing January 25, 2018.